UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO ALFREDO URDANETA CHIRINOS (A#245-302-477),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY (ICE),<br>Respondent. | No. 1:26-cv-07569-TLN-SCR<br><br>**SCHEDULING ORDER** |

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter has been referred to the undersigned by operation of Local Rule 302(c)(17) and 28 U.S.C. § 636.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the motion to proceed in forma pauperis (ECF No. 2) is granted. See 28 U.S.C. § 1915(a).

However, at this early stage in the litigation, it is not clear that the interests of justice require the appointment of counsel for petitioner. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Therefore, the undersigned defers ruling on petitioner's motion to appoint counsel (ECF No. 3).

Respondent is directed to show cause why the writ should not be granted by filing an **answer/return within seven (7) days** from the date of this order. See 28 U.S.C. § 2243. Respondent shall include with the answer/return any and all transcripts or other documents

relevant to the determination of the issues presented in the application. Petitioner may file a **reply/traverse within three (3) days** after being served a copy of it. Absent a further order of the court, the petition will be taken under submission after the filing of the reply/traverse.

In the event that petitioner obtains an immigration bond and it is paid resulting in his/her release, counsel for petitioner (or petitioner, if petitioner is proceeding without counsel) shall inform the court as expeditiously as possible in order to conserve this court's limited judicial resources. For the same reason, respondent shall inform the court as expeditiously as possible in the event that a travel document is obtained for petitioner that will result in his/her imminent removal from this country. Either party shall update the court by filing a **Notice of Changed Circumstances** that informs the court of the particular circumstances which have changed.

DATED: September 28, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE